# EXHIBIT 2

Exhibit A - Form of Participation Certificate

**PARTICIPATION CERTIFICATE**

This Participation Certificate is entered into by Farm Credit Leasing Services Corporation and Northland Capital Financial Services, LLC, pursuant to that Master Participation Agreement ("Agreement") dated as of July 14, 2008. The capitalized terms herein shall have the meanings provided in the agreement unless otherwise defined herein.