# EXHIBIT 5



**NORTHLAND CAPITAL**

## DELIVERY AND ACCEPTANCE CERTIFICATE

To: Northland Capital Financial Services, LLC
333 33rd Ave S. St. Cloud, MN 56301

The undersigned hereby certifies that all the Equipment described in the Equipment Lease Agreement ("Lease") between Northland Capital Financial Services, LLC(Lessor) and the undersigned, Contract #16598-001 dated 08-25-17 is in accordance with the terms of the said Lease, has been delivered, inspected, installed, is in good working condition, and accepted by the undersigned as satisfactory. This Delivery and Acceptance Certificate supersedes and replaces that certain Acceptance Certificate on the Lease. The decals, labels, etc., if required and supplied, have been affixed to the equipment as listed in said Lease. The undersigned hereby approves payment by Lessor to the Supplier.

Notwithstanding anything in this Lease to the contrary, the Commencement Date shall be the date set forth on this Delivery and Acceptance Certificate.

A facsimile signature or copies of signed documents transmitted to us by electronic mail or fax shall be as binding as an original signature for execution of this document.

X 08-25-17
Date of Delivery

08-25-17
Commencement Date

Todd W. Smith
(Lessee)

By: X _[signature]_

Title: _____