THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FARM CREDIT LEASING SERVICES CORPORATION                            PLAINTIFF

v.                     Case No. 4:19-cv-00280-KGB

TODD WELDON SMITH                                                    DEFENDANT

## ORDER

Pending before the Court are five discovery-related motions (Dkt. Nos. 9, 11, 21, 24, 28). Having reviewed the motions and related filings in this case, the Court is of the opinion that these matters should be set for a telephonic hearing. Having informally conferred with counsel for the parties in this case, the Court will hold a telephonic hearing on the pending discovery-related matters at 10:00 a.m. CT on Monday, April 13, 2020. The call-in information for the telephonic hearing is as follows:

- Dial-in number: (877) 402-9753
- Access code: 5922777

It is so ordered this 25th day of March, 2020.

Kristine G. Baker
United States District Judge