THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| FARM CREDIT LEASING SERVICES CORPORATION | PLAINTIFF |
| v. | Case No. 4:19-cv-00280-KGB |
| TODD WELDON SMITH | DEFENDANT |

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Farm Credit Leasing Services Corporation's amended complaint is dismissed without prejudice (Dkt. No. 20). The relief sought is denied.

So adjudged this 21st day of March, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge